# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 6, 2021

161371 & (13)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

STEPHAN SCOTT WILSON,
      Defendant-Appellant.

SC: 161371
COA: 351896
Crawford CC: 15-003965-FH

_____/

On order of the Court, the application for leave to appeal the April 9, 2020 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 6, 2021



b0628

Clerk